No. D–1772. IN RE DISBARMENT OF STURGIS. Disbarment entered. [For earlier order herein, see 519 U. S. 1105.]

No. D–1776. IN RE DISBARMENT OF HANSEN. Disbarment entered. [For earlier order herein, see 519 U. S. 1105.]

No. D–1777. IN RE DISBARMENT OF WITCHELL. Disbarment entered. [For earlier order herein, see 519 U. S. 1105.]

No. D–1779. IN RE DISBARMENT OF GREGORY. Disbarment entered. [For earlier order herein, see 519 U. S. 1146.]

No. D–1782. IN RE DISBARMENT OF OLSON. Disbarment entered. [For earlier order herein, see 519 U. S. 1146.]

No. D–1783. IN RE DISBARMENT OF PASSMAN. Disbarment entered. [For earlier order herein, see 519 U. S. 1146.]

No. D–1784. IN RE DISBARMENT OF LEVINSON. Disbarment entered. [For earlier order herein, see 519 U. S. 1147.]

No. D–1786. IN RE DISBARMENT OF MARONEY. Disbarment entered. [For earlier order herein, see ante, p. 1101.]

No. D–1787. IN RE DISBARMENT OF LEVY. Disbarment entered. [For earlier order herein, see ante, p. 1112.]

No. D–1789. IN RE DISBARMENT OF DENKER. Disbarment entered. [For earlier order herein, see ante, p. 1113.]

No. D–1790. IN RE DISBARMENT OF FRIEDMAN. Bruce Michael Friedman, of Los Angeles, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on March 24, 1997 [ante, p. 1141], is discharged.